# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROBERT SATAGAJ, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )    Civil Action No. 3:16-cv-01960-VLB |
|  | ) |
| WELLS FARGO BANK, N.A., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

### AFFIDAVIT OF TIMOTHY M. WATSON IN SUPPORT OF
### *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1 of the United States District Court for the District of Connecticut, Timothy M. Watson of Seyfarth Shaw LLP submits this Affidavit in support of the accompanying Motion to Admit Timothy M. Watson *pro hac vice*. Attorney Watson on oath deposes and states that:

I am a Partner at the law firm of Seyfarth Shaw LLP, 700 Milam Street, Suite 1400, Houston, Texas 77002; telephone number: (713) 225-2300; facsimile number: (713) 225-2340; and email: twatson@seyfarth.com.

I am a member in good standing of the bar of the following courts:

| Court | Admission Year | Name and address of the official or office maintaining the roll of such members |
|---|---|---|
| State of Texas Texas Bar No. 20963575 | 1990 | Supreme Court of Texas Office of the Clerk 201 West 14th Street Austin, Texas 78701 |
| U.S. District Court for the Eastern District of Texas | 1996 | United States District Court Office of the Clerk P. O. Box 3507 Beaumont, Texas 77704 |

| Court | Admission Year | Name and address of the official or office maintaining the roll of such members |
|---|---|---|
| U.S. District Court for the Northern District of Texas | 1996 | United States District Court Office of the Clerk 1100 Commerce Street., Rm. 1452 Dallas, Texas 75242 |
| U.S. District Court for the Southern District of Texas | 1991 | United States District Court Office of the Clerk 515 Rusk Avenue Houston, Texas 77002 |
| U.S. District Court for the Western District of Texas | 1997 | United States District Court Office of the Clerk John H. Wood Jr. U. S. Courthouse 655 E. Durango Blvd. San Antonio, Texas 78206-1106 |
| U.S. Court of Appeals for the Fifth Circuit | 1994 | United States Court of Appeals for the Fifth Circuit Office of the Clerk F. Edward Hebert Building 600 S. Maestri Place New Orleans, Louisiana 70130-3408 |
| U.S. Court of Appeals for the Ninth Circuit | 2008 | United States Court of Appeals for the Ninth Circuit Office of the Clerk P.O. Box 193939 San Francisco, CA 94119-3939 |
| U.S. Court of Appeals for the Tenth Circuit | 2011 | United States Court of Appeals for the Tenth. Circuit Office of the Clerk Byron White Federal Courthouse 1823 Stout Street Denver, Colorado 80257 |

I am in good standing and eligible to practice law in all courts that I have been admitted.

I am not currently, nor have I ever been, suspended from the practice of law or disbarred in any jurisdiction.

2

36825538v.1

No disciplinary proceeding of any kind has ever been brought against me by any disciplinary authority in any jurisdiction, and I have never been convicted of any prior felony or misdemeanor crime.

I have never been denied *pro hac vice* status in any court, and my *pro hac vice* status has never been revoked in any court.  I have further never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

I designate Richard L. Alfred as the agent for service of process and the District of Connecticut as the forum for the resolution of any disputes arising out of my admission.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF MARCH, 2017.

*/s/ Timothy M. Watson*
Timothy M. Watson

36825538v.1