UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROBERT SATAGAJ,**<br><br>         Plaintiff,<br><br>     v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>         Defendant. | Civil Action No. 3:16-CV-01960-VLB<br><br>November 28, 2017 |

### JOINT MOTION TO STAY PROCEEDINGS THROUGH FEBRUARY 1, 2018 TO ALLOW PARTIES TO FINALIZE SETTLEMENT AGREEMENT

Pursuant to Rules 7(b)(1)(a) and 7(b)(3) of this Court's Local Rules of Civil Procedure, Plaintiff Robert Satagaj and Defendant Wells Fargo Bank, N.A. respectfully request that the Court stay this proceeding through February 1, 2018, and extend all upcoming deadlines accordingly.  This brief, three month stay will allow the parties time to finalize their agreement to resolve this case, in its entirety, and to move the Court for approval thereof.  This is the parties' first request to stay this proceeding.

In support of this Motion, the parties state as follows:

    1.    On November 27, 2017, the parties reached an agreement in principle to resolve all pending claims in this litigation.

    2.    A stay of this case and all upcoming deadlines is necessary to allow the parties time to finalize a written settlement agreement, and to move this Court for approval thereof (to the extent that agreement pertains to Plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*).

1

2

      3.      The parties anticipate being able to finalize their agreement, and file a motion with the Court for approval thereof, on or before February 1, 2018.

      4.      By seeking a three month stay of this litigation, the parties further request that the Court extend all upcoming deadlines contemplated by the operative Scheduling Order (Dkt. 25, the "Order"). The parties respectfully request that the Court set new deadlines for the filing of dispositive motions (currently set for December 1, 2017), filing of a joint trial memorandum if no dispositive motions are filed (currently set for December 22, 2017), and jury selection (currently set for February 6, 2018), if necessary, upon its resolution of the parties' forthcoming motion to approve the settlement agreement.

      WHEREFORE, Plaintiff Robert Satagaj and Defendant Wells Fargo Bank, N.A., respectfully request a brief stay of these proceedings, through February 1, 2018.

**Dated November 28, 2017**                **Respectfully submitted,**

**Plaintiff ROBERT SATAGAJ,**


**By:  */s/ Bruce E. Newman*** 
**Bruce E. Newman (Ct 12301)**
**Brown Paindiris & Scott, LLP**
**747 Stafford Avenue**
**Bristol, CT  06010**
**Telephone:  860.583.5200**
**Facsimile:   860.589.5790**

**Steven Bennett Blau (*pro hac vice*)**
**Shelly Leonard (*pro hac vice*)**
**Blau Leonard Law Group, LLC**
**23 Green Street, Suite 303**
**Huntington, NY 11743**
**631-458-1010**

*Attorneys for Plaintiff*


**Defendant WELLS FARGO BANK, N.A.,**


**By: */s/ Alison H. Silveira*** 
**Richard L. Alfred (ct25098)**
**Alison H. Silveira (phv04995)**
**SEYFARTH SHAW LLP**
**Seaport East**
**Two Seaport Lane, Suite 300**
**Boston, MA 02210-2028**
**Telephone: (617) 946-4800**
**Facsimile: (617) 946-4801**

**Timothy Watson (*pro hac vice forthcoming*)**
**Rachel M. Hoffer (phv08757)**
**SEYFARTH SHAW LLP**
**700 Milam Street**
**Suite 1400**
**Houston, Texas 77002-2812**
**Telephone: (713) 225-2300**
**Facsimile: (713) 225-2340**

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

**I hereby certify that on this 28th day of November, 2017, a true and correct copy of the foregoing document has been filed electronically and served on all parties of record via the Court's electronic filing system.**

/s/ *Alison H. Silveira*